# EXHIBIT C

Case 1:13-cv-00062-JPJ-PMS   Document 380   Filed 03/20/15   Page 1 of 1   Pageid#: 7860

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| PLUM CREEK TIMBERLANDS, L.P., ET AL., | ) ) ) |
| Plaintiffs, | ) Case No. 1:13CV00062 ) |
| v. | ) ORDER ) |
| YELLOW POPLAR LUMBER COMPANY, ET AL., | ) By: James P. Jones ) United States District Judge ) |
| Defendants. | ) |

For the reasons stated on the record on March 17, 2015, it is **ORDERED** that the plaintiffs must promptly seek to reopen the Yellow Poplar Lumber Company bankruptcy case in the District of South Carolina and once accomplished, add the trustee as a party defendant to this action.

ENTER: March 20, 2015

/s/ James P. Jones
United States District Judge

## Amos, Ginny

| | |
|---|---|
| **From:** | ecfnoticing@vawd.uscourts.gov |
| **Sent:** | Friday, March 20, 2015 12:39 PM |
| **To:** | vawd_ecf_nef@vawd.uscourts.gov |
| **Subject:** | Activity in Case 1:13-cv-00062-JPJ-PMS Plum Creek Timberlands, L.P. v. Yellow Poplar Lumber Company, Inc., et al. et al Order |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Western District of Virginia

### Notice of Electronic Filing

The following transaction was entered on 3/20/2015 at 12:39 PM EDT and filed on 3/20/2015
**Case Name:**     Plum Creek Timberlands, L.P. v. Yellow Poplar Lumber Company, Inc., et al. et al
**Case Number:**   1:13-cv-00062-JPJ-PMS
**Filer:**
**Document Number:** 380

**Docket Text:**
ORDER that the plaintiffs must promptly seek to reopen the Yellow Poplar LumberCompany bankruptcy case in the District of South Carolina and onceaccomplished, add the trustee as a party defendant to this action. Signed by Judge James P. Jones on 3/20/2015. (lml)


**1:13-cv-00062-JPJ-PMS Notice has been electronically mailed to:**

David Grant Altizer    dga@awwlaw.com

William Elbert Bradshaw    web@bradshawlawoffice.us

Michael Allen Bragg    bragglaw@bvunet.net

Mark L. Esposito    mesposito@pennstuart.com

Michael Gordon McGlothlin    mickmcg@bvu.net

Wade W. Massie    wmassie@pennstuart.com, pfields@pennstuart.com

1

Francis H. Casola casola@woodsrogers.com, amos@woodsrogers.com, badams@woodsrogers.com

J. Scott Sexton sexton@gentrylocke.com, stephenson@gentrylocke.com, viar@gentrylocke.com

John M Lamie jlamie@blglaw.us

Terrence Shea Cook tsheacook@yahoo.com

Benjamin A. Street bas@streetlawfirm.com, eaa@streetlawfirm.com

Paul Kugelman, Jr pkugelman@oag.state.va.us, csaupe@oag.state.va.us, lainsley@oag.state.va.us, lrhode@oag.state.va.us, pkugelman@gmail.com, pkugelman@me.com

Robert Lucas Hobbs lhobbs@elliottlawson.com, ADyson@elliottlawson.com, thopkins@elliottlawson.com

Gregory D. Habeeb greg_habeeb@gentrylocke.com, BHuff@gentrylocke.com, ezell@gentrylocke.com

Cameron Scott Bell cbell@pennstuart.com, ctalbot@pennstuart.com, jpeters@pennstuart.com

Kathleen L. Wright kathy_wright@gentrylocke.com, lugar@gentrylocke.com, viar@gentrylocke.com

Donald A. McGlothlin, Jr mcglothlin@verizon.net

Jonathan Todd Blank jblank@mcguirewoods.com, ahasher@mcguirewoods.com, kadavis@mcguirewoods.com, llorish@mcguirewoods.com, mbaldwin@mcguirewoods.com, mfleming@mcguirewoods.com, sroberts@mcguirewoods.com

Mandy Varney French mvf@awwlaw.com

James Joseph O'Keeffe, IV okeeffe@johnsonrosen.com, jokeeffe4@gmail.com

Seth Michael Land sland@pennstuart.com

Erin Boyd Ashwell eashwell@woodsrogers.com

Aaron Balla Houchens ahouchens@shg-law.com

Daniel Robert Sullivan sullivan@gentrylocke.com, thompson@gentrylocke.com

Jason Daniel Gallagher jdg@streetlawfirm.com, kgj@streetlawfirm.com

Larissa L. Paule-Carres Sneathern LSneathern@mcguirewoods.com, mfleming@mcguirewoods.com

**1:13-cv-00062-JPJ-PMS Notice has been delivered by other means to:**

Charles Bartlett
432 East Main Street, Suite G
Abingdon, VA 24210

Jerry L Coleman

2

2614 Cranesnest Road
Vansant, VA 24656

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1052918722 [Date=3/20/2015] [FileNumber=2362221-0
] [a57658f25fe67b820ff258107429b0e575fdf1b329c97bff13772513b1cc5a19a4f
7b6779c2a6e8be1a992af567cb8b4f131fe49438fad34907df6d3616fa1ad]]