# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENWOOD DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| YELLOW POPLAR LUMBER COMPANY | ) Case No. **8:28-cv-01101-BHH** |
| | )        (Closed Case No. B-1101 |
| | )        Closed April 10, 1931) |
| **Debtor.** | ) |

## ORDER

Came Applicants Plum Creek Timberlands, L.P. and Highland Resources, Inc. d/b/a North American Resources, Corp. (collectively, "Applicants"), on their Application to Reopen the bankruptcy case of Yellow Poplar Lumber Company, closed on or about April 10, 1931, and to transfer the case to the United States District Court for the Western District of Virginia, Abingdon Division. For good cause shown, and it otherwise appearing proper to do so, it is ORDERED that the Debtor's case be reopened. It is further ORDERED and the Clerk is directed to transfer Debtor's case in its entirety to the United States District Court for the Western District of Virginia, Abingdon Division, for docketing in that court.

This cause having been completed, and there being nothing further to accomplish in this matter, it is ordered stricken from the Court's docket.

ENTER this 20th day of July, 2015.

s/Bruce Howe Henricks
UNITED STATES DISTRICT COURT JUDGE